UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| TRUSTEES OF THE WESTCHESTER PUTNAM COUNTIES LABORERS' LOCAL NO. 60 HEAVY & HIGHWAY BENEFIT FUNDS, WELFARE, PENSION, ANNUITY, EDUCATION & TRAINING, LEGAL SERVICES, INDUSTRY ADVANCEMENT AND POLITICAL ACTION FUNDS AND THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 60, | Docket No: 08 Civ. 3406 (CLB) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| THE LOSCO GROUP, INC., | |
| Defendant. | |

---------------------------------------------------------------

PLEASE TAKE NOTICE that the undersigned hereby appears in this action and demands that a copy of all pleadings, notices and other papers in this action be served upon the undersigned at the address below.

Dated:  White Plains, New York
        May 29, 2008

                              Yours, etc.,

                              ANDREW GREENE & ASSOCIATES, P.C.
                              Attorneys for Defendant


                              By:    _____/s/_____
                                     Daniel Felber (DF-3027)
                              202 Mamaroneck Avenue
                              White Plains, New York 10601
                              (914) 948-4800

TO: BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515