UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Trustees Of The Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and the Lab



            Plaintiffs,            08 CIVIL 03406 (CLB)

-against-                            JUDGMENT

The Losco Group, Inc.

            Defendant.
----------------------------------------X

     Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on May 30, 2008, in open court, having discontinued this action with leave to re-open if necessary to enforce the terms of the settlement agreement, it is,

     **ORDERED, ADJUDGED AND DECREED:** that this action is discontinued with leave to re-open if necessary to enforce the terms of the settlement agreement, and the case is hereby closed.

DATED: White Plains, N.Y.
          May 30, 2008

                                                  J. Michael McMahon, Clerk