# Andrew Greene & Associates, P.C.
### ATTORNEYS AT LAW

Andrew Greene
(Member NY & FL Bars)

Daniel M. Felber, Sr. Counsel
(Member NY Bar)

Thomas C. Landrigan, Assoc.
(Member NY & NJ Bars)

Edward D. Vitalo, Assoc.
(Member NY Bar)

Stanley S. Zinner, Esq.
(Of Counsel)

S. Timothy Ball, Esq.
(Of Counsel)

July 1, 2008

<u>*Via Facsimile 914-390-4085*</u>

Hon. Charles L. Brieant
United Stated District Court
Southern District of New York
300 Quarroppas Street
White Plains, New York 10601

    Re:    **Trustees Local 60 v. The Losco Group Inc.**
            **08 CIV 3406 (CLB)**

Honorable Judge Brieant:

This office represents The Losco Group in this matter.

On May 30, 2008, Your Honor discontinued this action with leave to re-open if necessary to enforce the terms of the parties' settlement agreement.

Although, it has taken longer than expected, I am pleased to inform the Court that the settlement agreement memorializing the parties' understandings will be signed no later than July 10, 2008 and that an initial payment will be made at that time.

Thank you for your assistance in this matter.

                                    Respectfully submitted,

                                    ANDREW GREENE & ASSOCIATES, P.C.

                                    Daniel M. Felber (DF-3027)

DMF/cl

cc:    Karin Arrospide, Esq. (Via facsimile 914-592-3213)
         The Losco Group

---

Telephone 914.948.4800 | 202 Mamaroneck Avenue
Facsimile 914.948.4936 | White Plains, NY 10601
914.948.5314